# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In re: | Susan Della Workman | ) Case Number: 21-13688 |
|---|---|---|
| | | ) Chapter 13 Proceedings |
| | Debtor. | ) Judge Arthur I. Harris |

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

Lauren A. Helbling, the duly appointed Standing Chapter 13 Trustee, hereby objects to certain exemption(s) claimed by the debtor. Pursuant to 11 U.S.C. § 522(b), the exemptions available in a state that has opted out of the federal exemption scheme such as Ohio, are generally those exemptions provided by the law of the state. The debtor herein claimed on Schedule C improper exemption(s) as to property governed by the following subsections of Ohio Rev. Code §2329.66.

| PROPERTY | LAW | CLAIMED EXEMPTION | TRUSTEE'S POSITION |
|---|---|---|---|
| Federal: 2019 IRS refund | 2329.66(A)(9)(f) | $1,364.00 | Disallow in its entirety. Trustee's position is that it would be improper to determine the applicability of the exemption until more information is made available. |
| Federal: 2018 IRS refund | 2329.66(A)(9)(f) | $2,848.00 | Disallow in its entirety. Trustee's position is that it would be improper to determine the applicability of the exemption until more information is made available. |
| Claim against former employer for breach of employment contract. Case has not been filed. | 2329.66(A)(13) | $14,000.00 | Disallow in its entirety. Trustee's position is that it would be improper to determine the applicability of the exemption until more information is made available. |

This objection will continue to stand until it is ruled upon by the Court or withdrawn by the Trustee.

Respectfully Submitted,

 /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on January 28, 2022 a true and correct copy of this Trustee's Objection to Debtor's Claim of Exemption was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Richard H Nemeth, on behalf of Susan Della Workman, Debtor, at rnemeth@ohbklaw.com

 /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com